AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Jeremy Brian BRUMBAUGH II | ) Case No. |
| | ) 3:23mj315/ZCB |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  October 1 - November 1, 2023  in the county of  Escambia  in the
Northern District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(a)(6) | - Use of False Identification During Attempted Acquisition of Firearm |
| Title 18, United States Code, Sections 2252A(a)(2) and (a)(5) | - Distribution, Attempted Receipt, and Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

ATF Special Agent Mary Katherine Evans
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/9/2023

_____
Judge's signature

City and state:  Pensacola, Florida    Zachary C. Bolitho, U.S. Magistrate Judge
Printed name and title

RCVD USDC FLND PN
NOV 9 '23 PM 12:22