IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                        Case No. 3:23cr106/MCR

JEREMY B. BRUMBAUGH, II
_____/

### FACTUAL BASIS FOR GUILTY PLEA

Defendant Brumbaugh admits that if this case were to proceed to trial, the government could prove the following facts.

On or about October 4, 2023, and October 5, 2023, Defendant BRUMBAUGH made two separate online purchases from Combat Armory, a Federal Firearms Licensee (FFL) located in Commerce Township, Michigan. In the first transaction, Defendant BRUMBAUGH represented himself to the FFL as "C.W." of Lehigh Acres, Florida, and purchased three firearms. On the second transaction, Defendant BRUMBAUGH represented himself to the FFL as "C.W." of Boca Raton, Florida, and purchased three additional firearms. According to an employee at Jim's Firearms (an FFL) located in Pensacola, Florida, a male representing himself as "C.W.," later identified as Defendant BRUMBAUGH, entered the store around the first part of October 2023 to retrieve these online/shipped items. Defendant BRUMBAUGH entered Jim's Firearms FFL

1


FILED IN OPEN COURT
3/25/24
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

attempting to have the firearms transferred from the online source. The employee told Defendant BRUMBAUGH that he would need a valid state identification card instead of a photocopy of a license, which Defendant BRUMBAUGH attempted to use that day.

When the aforementioned firearms arrived at Jim's Firearms FFL, an employee made contact by phone with the male who represented himself as "C.W." Approximately a week later, on November 1, 2023, the same male arrived to pick up the firearms shipped from Combat Armory. When the male, Defendant BRUMBAUGH, provided identification to an employee at Jim's Firearms FFL, the employee became concerned with the appearance of the Florida Driver's License. The identification was taken to another employee/owner of the business, who stated that upon receiving the seemingly Florida Driver's License, he believed it was fraudulent and called law enforcement.

An Escambia County Sheriff's Office (ECSO) Dispatcher was able to confirm that the driver's license produced by Defendant BRUMBAUGH did not elicit a true and accurate return upon query of the identification. An ECSO deputy was dispatched to the business and, upon arrival, the business explained the situation and showed ECSO Deputy K. Haddocks a package containing six Combat Armory pistol frames. The package, which arrived at Jim's Firearms FFL, had a return address in

Commerce Township, Michigan. The invoices inside the box showed the purchaser and intended recipient was "C.W."

Dep. Haddocks saw Defendant BRUMBAUGH exiting the store. Dep. Haddocks exited the store calling out to Defendant BRUMBAUGH, who continued walking away. Dep. Haddocks yelled louder to ensure he could be heard, but Defendant BRUMBAUGH continued to walk away. Dep. Haddocks quickly approached Defendant BRUMBAUGH and asked what business he had at Jim's Firearms FFL, to which Defendant BRUMBAUGH stated that he was waiting for his background check to come back. Dep. Haddocks asked why, if that was true, was Defendant BRUMBAUGH leaving the store without his Florida Driver's License. Dep. Haddocks detained Defendant BRUMBAUGH.

Dep. Haddocks placed Defendant BRUMBAUGH into a patrol car and read him *Miranda* Rights. After being read his rights, Defendant BRUMBAUGH maintained that his name was "C.W.," as it appeared on the Florida Driver's License he provided Jim's Firearms FFL. When Dep. Haddocks was unable to find any record of "C.W." by name or the Social Security Number provided, he requested Rapid Identifier. The device was used to fingerprint Defendant BRUMBAUGH on scene and confirmed Defendant BRUMBAUGH provided false information and a fraudulent identification card. It was at that point "C.W." was identified as Jeremy Brian BRUMBAUGH II and transported to the Escambia County Jail.

A record check through Florida's Driver and Vehicle Information Database of the relevant driver's license number, along with the name of "C.W.," confirmed the identification was fictitious as no record was found. Defendant BRUMBAUGH was 19 years of age, and the fictitious date of birth used for "C.W." was March 18, 2001, therefore he was representing himself as 22 years of age. Federal firearm laws require a minimum age of 21 in order to purchase handguns. The fraudulent identification was thus utilized and possessed willfully and intentionally in order to obtain firearms not only from Combat Armory but also Jim's Firearms in Pensacola, Florida.

On November 2, 2023, ECSO Investigator B. Crawford and the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) spoke with Jim's Firearms FFL. The business provided copies of internal business paperwork, which Defendant BRUMBAUGH filled out and signed using the false identification.

ECSO Inv. Crawford retrieved Defendant BRUMBAUGH's property from the jail for further investigation and, in doing so, discovered Defendant BRUMBAUGH had debit and credit cards in the name of "C.W." and a cellular telephone (the device is an Apple iPhone). A search warrant was authorized on or about November 3, 2023, to allow law enforcement to view the contents of Defendant BRUMBAUGH's cellular telephone in relation to the above noted use of a fraudulent identification. The ECSO examiner who was conducting this

examination first noticed videos of firearms and receipts that may be relevant to the investigation. After scrolling through video clips, however, the ECSO examiner noticed what appeared to be a video of an approximately 5 – 7 year old female with an adult penis being rubbed on or about her mouth. He noticed other apparently related videos at that time and stopped his review of the forensic extraction based upon the new evidence he stumbled upon.

ECSO obtained a secondary search warrant for Defendant BRUMBAUGH's device in order to lawfully search for evidence related to child pornography. The secondary search warrant was authorized on or about November 8, 2023. Upon secondary review of Defendant BRUMBAUGH's device the below were located:

    a. Videos of Defendant BRUMBAUGH engaging in sexual acts with a minor female of approximately 6 years of age (Minor Female 1). The videos were produced between on or about July 29, 2023, and September 9, 2023. There were videos of various sexual acts involving the defendant's penis and hands, the victim's mouth, and the victim's vagina. These videos were produced on a device that was manufactured outside the state of Florida, and they were physically transported by the defendant between Alabama and Florida – he would travel over the Alabama/Florida state line to purchase the firearms as noted above and below while living in Alabama. So, Defendant BRUMBAUGH physically transported the child

pornography he had produced into the Northern District of Florida from the state of Alabama. And he was arrested here, where this device was then seized.

    b. There was also other child pornography involving minors engaged in sexual acts with adults that the defendant possessed by virtue of internet communications with others. That is, the defendant possessed child pornography he obtained from other persons via the internet, which is a facility of interstate and foreign commerce, and these images involved minors under the age of 12 years old.

    c. The defendant also possessed more child pornography on a second device that was seized, his Motorola cellular telephone.

Upon ATF reviewing the extracted cellular telephone(s) of Defendant BRUMBAUGH, pictures were located of a financial transaction counter at Buck & Bass (another FFL) in Pensacola from September 14, 2023. ATF traveled to Buck & Bass and requested its Acquisition and Disposition Book during the time frame of the pictures (Sept. 14, 2023). The book revealed information related to "C.W." completing forms (including a 4473) on that date, which matched Defendant BRUMBAUGH. In sum, Defendant BRUMBAUGH purchased a firearm from Buck & Bass utilizing the same false identification that he used on November 1, 2023, at Jim's Firearms FFL. And this was the same identification card that was seized from his person on November 1, 2023. Defendant BRUMBAUGH picked up the Buck & Bass FFL pistol and maintained photographs of it in his cellular

telephone.   The defendant agrees the indictment is true and accurate.

## Elements of the Offenses

<u>Production of Child Pornography</u>

1. An actual minor, that is, a real person less than 18 years old, was depicted;
2. the Defendant used or induced or persuaded the minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of the conduct (e.g. – lascivious exhibition of the genitals or pubic area, or other sexual acts); and
3. the visual depiction was produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means or by using any such means, or the visual depiction traveled in interstate or foreign commerce.

<u>False Statement During Purchase of Firearm</u>

1. The Defendant knowingly made a false oral or written statement, or furnished or exhibited any false, fictitious or misrepresented identification, to a federally licensed firearms dealer;
2. the false statement or misrepresented identification was made in connection with the acquisition or attempted acquisition of a firearm; and
3. the statement was intended or likely to deceive such firearms dealer with respect to a fact material to the lawfulness of the sale of the firearm to the defendant.

<u>Possession of Child Pornography</u>

1. The Defendant knowingly possessed an item or items of child pornography;

2. the item[s] of child pornography had been transported, shipped or mailed in interstate or foreign commerce or by utilizing such a facility, including by computer or cellular telephone on the Internet; and

3. when the Defendant received/possessed the item[s], the Defendant believed

7

the item[s] were or contained child pornography.

|  |  |
|---|---|
| *Randall Lockhart* (signature) | *signature* |
| RANDALL S. LOCKHART | DAVID L. GOLDBERG |
| Attorney for Defendant | Assistant U.S. Attorney |
| Michigan Bar No. P58597 | Northern District of Florida |
| 3 West Garden Street, Suite 200 | Member of the Maryland Bar |
| Pensacola, Florida 32502 | 21 East Garden Street, Suite 400 |
| (850) 432-1418 | Pensacola, Florida 32502 |
|  | (850) 444-4000 |
| 3-18-24 | 3\25\24 |
| Date | Date |

*Jeremy Brumbaugh* (signature)

JEREMY B. BRUMBAUGH, II
Defendant

3-18-24

Date

8